UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
____

ALANTE JONES,

        Plaintiff,                         Case No. 1:25-cv-728

v.                                             Honorable Ray Kent

UNKNOWN CARR et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: July 21, 2025                         /s/ Ray Kent
                                                    RAY KENT
                                                    United States Magistrate Judge